1  Gina Fazio, Esq. #225178
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

7           IN THE UNITED STATES DISTRICT COURT FOR

8                THE EASTERN DISTRICT OF CALIFORNIA

9                           AT FRESNO

10 ALY RIVONGKHAM          )
                           )   Civil Action No. 1:04-CV-6703 AWI DLB
11                         )
          Plaintiff,       )   STIPULATION AND ORDER
12                         )
   vs.                     )
13                         )
   JO ANNE B. BARNHART,    )
14 Commissioner of Social  )
   Security,               )
15                         )
          Defendant.       )
16 _____)

18       IT IS HEREBY STIPULATED by and between the parties as follows: that

19 appellant be granted a 30 day extension of time, until June 6, 2005, in which to serve

20 Plaintiff's Confidential brief.  All remaining actions under the scheduling order filed,

21 December 14, 2004, shall proceed under the time limit guidelines set therein.

22 / /

23 / /

24 / /

25 / /

26 / /

27 / /

28 / /

1 | Dated:  May 3, 2005 /s/ Gina Fazio

2 | GINA FAZIO,
Attorney for Plaintiff.

3 | Dated: May 3, 2005

4 | MCGREGOR SCOTT
United States Attorney

5 |

6 | By: /s/ Kimberly A. Gaab
(as authorized via facsimile)
KIMBERLY A. GAAB

7 | Assistant U.S. Attorney

8 | IT IS SO ORDERED.

9 | **Dated:   May 11, 2005**         **/s/ Dennis L. Beck**
3c0hj8                                UNITED STATES MAGISTRATE JUDGE