# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALY RIVONGKHAM, | ) | 1:04cv6703 AWI DLB |
| | ) | |
| Plaintiff, | ) | ORDER TO SHOW CAUSE WHY ACTION |
| | ) | SHOULD NOT BE DISMISSED |
| v. | ) | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

On December 14, 2004, Plaintiff filed the present action for judicial review of the denial of Social Security benefits. On the same day, the Court issued a Scheduling Order. The Scheduling Order states that within 120 days after service, Defendant shall file and serve a copy of the administrative record which shall be deemed an answer to the complaint. The Order also provides that within 30 days after service of the administrative record, Plaintiff shall serve on Defendant a letter brief outlining why remand is warranted which Defendant shall respond to within 35 days. Thereafter, if Defendant does not stipulate to remand, within 30 days of Defendant's response, Plaintiff must file and serve an opening brief.

On April 7, 2005, Defendant lodged the administrative record. On June 29, 2005, the Court granted Plaintiff an extension of time in which to file a confidential letter brief to August 4, 2005, making Defendant's response due on or about September 9, 2005. Pursuant to the Scheduling Order, Plaintiff was required to file the brief on or before October 10, 2005. Plaintiff

1

1  has failed to file a brief.

2      Therefore, Plaintiff is ORDERED TO SHOW CAUSE, if any there is, why the action
3  should not be dismissed for failure to comply with the December 14, 2004, order.  Plaintiff is
4  ORDERED to file a written response to this Order to Show Cause within twenty (20) days of the
5  date of this Order.  If Plaintiff desires more time to file his brief, Plaintiff should so state in the
6  response.

7      Failure to respond to this Order to Show Cause will result in dismissal of this action.

8      IT IS SO ORDERED.

9  **Dated:   November 29, 2005**              **/s/ Dennis L. Beck**
   3b142a                                      UNITED STATES MAGISTRATE JUDGE