# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALY RIVONGKHAM, | ) | 1:04cv6703 AWI DLB |
| | ) | |
| Plaintiff, | ) | ORDER VACATING ORDER TO SHOW CAUSE |
| v. | ) | |
| | ) | (Document 15) |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

   The Court issued an order to show cause why the case should not be dismissed on November 29, 2005.  On November 30, 2005, Plaintiff filed a stipulation and proposed order to dismiss the action.  Accordingly, the order to show cause is VACATED.

   IT IS SO ORDERED.

   **Dated:   December 1, 2005**            **/s/ Dennis L. Beck**
3b142a                                                         UNITED STATES MAGISTRATE JUDGE

1