1  Gina Fazio, Esq. #225178
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

5

6

7  IN THE UNITED STATES DISTRICT COURT FOR

8  THE EASTERN DISTRICT OF CALIFORNIA

9  AT FRESNO

10 ALY RIVONGKHAM              )
                               )  1:04-CV-6703 AWI DLB
11                             )
        Plaintiff,             )  STIPULATION AND ORDER TO DISMISS
12                             )
   vs.                         )
13                             )
   JO ANNE B. BARNHART,        )
14 Commissioner of Social      )
   Security,                   )
15                             )
        Defendant.             )
16 _____)

17

18     IT IS HEREBY STIPULATED by and between the parties as follows: that the Civil

19 Action filed on December 13, 2004, on behalf of Plaintiff be dismissed.  After thorough

20 review of the transcript, Plaintiff's counsel comes to the conclusion this claim lacks merit to

21 continue.  Plaintiff's counsel has conferred with Plaintiff and both are in agreement to

22 dismissal.

23 / /

24 / /

25 / /

26 / /

27 / /

28 / /

1 | Dated: November 28, 2005 | /s/ Gina Fazio

2 | | GINA FAZIO, ESQ.
  | | Attorney for Plaintiff

3
  | Dated: November 30, 2005
4 | | MCGREGOR SCOTT
  | | United States Attorney
5
  | | By: /s/ Kimberly A. Gaab
6 | | (as authorized via facsimile)
  | | KIMBERLY A. GAAB
7 | | Assistant U.S. Attorney
  | IT IS SO ORDERED.
8
  | **Dated:   November 30, 2005**                **/s/ Dennis L. Beck**
9 | 3c0hj8                                UNITED STATES MAGISTRATE JUDGE

2